Judge Pechman

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) | NO.  CRO4-399P |
| v. | ) ) | ORDER CONTINUING TRIAL DATE |
| MIRZA AKRAM, | ) ) | |
| Defendants. | ) ) | |
| _____ | ) | |

ORDER

The Court having reviewed the records and files herein and considered the stipulation of the parties, enters the following order:

1. Although the parties have exercised reasonable diligence, they are still compiling and evaluating discovery in this matter. The parties recently received information relating to the defendant's financial status which may be relevant to each parties theory of the case. Additionally, the parties are still trying to obtain the cooperating codefendant's Navy Service File. The parties need additional time to adequately prepare for trial.

2. The defendant has no objection to the continuance and will file a waiver of speedy trial.

3. The ends of justice outweigh the best interest of the public and the defendant in a speedy trial. That failure to grant a continuance based upon the change of

Order Continuing Trial Date /KHAN- 1
CR04-399P

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970

1 circumstances would result in a miscarriage of justice in that defense counsel would not
2 have adequate time to prepare the matter for trial.
3     4.   The parties have requested and stipulated to a continuance.
4     IT IS HEREBY ORDERED that the trial date is continued to October 17, 2005.
5     IT IS FURTHER ORDERED that pursuant to Title 18, United States Code,
6 Section 3161(h), the period of time from the date of this order until July 11, 2005 is
7 excluded in the computation of time under the Speedy Trial Act.
8     DONE this 6th day of July, 2005.

/S/Marsha J. Pechman
MARSHA PECHMAN
United States District Judge

Presented by:

s/Bruce F. Miyake
BRUCE F. MIYAKE
Assistant United States Attorney

s/Tim Lohraff
TIM LOHRAFF
Attorney for Mirza Akram

s/Peter Avenia
PETER AVENIA
Attorney for Mirza Akram

Order Continuing Trial Date /KHAN- 2
CR04-399P

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970