Judge Marsha J. Pechman

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | NO.   CRO4-399MJP |
| Plaintiff, ) | |
| v. ) | ORDER CONTINUING TRIAL DATE |
| MIRZA AKRAM, ) | |
| Defendant. ) | |

## ORDER

The Court having reviewed the records and files herein and considered the stipulation of the parties, enters the following order:

1. On September 7, 2005, the Grand Jury for the Western District of Washington returned a Superseding Indictment charging the Defendant with an additional 23 counts related to food stamp fraud. The Defendant has recently receive partial discovery on the new charges. Additional discovery relating to the new charges will be forthcoming.

2. The Defendant is entitled to a continuance based upon the new charges in the Superseding Indictment. The Defendant is requesting additional time in order to evaluate the discovery relating to the new charges and to prepare a defense to those charges. This will require additional time to adequately prepare for trial.

Order Continuing Trial Date/AKRAM- 1
CR04-0399MJP

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970

3. The Defendant has no objection to the continuance and will file a waiver of speedy trial.

4. The ends of justice outweigh the best interest of the public and the Defendant in a speedy trial. That failure to grant a continuance based upon the change of circumstances, namely the new charges, would result in a miscarriage of justice in that defense counsel would not have adequate time to prepare the matter for trial.

5. The parties have requested and stipulated to a continuance.

IT IS HEREBY ORDERED that the trial date is continued to January 17, 2006 .

IT IS FURTHER ORDERED that pursuant to Title 18, United States Code, Section 3161(h), the period of time from the date of this order until January 17, 2006 is excluded in the computation of time under the Speedy Trial Act.

DONE this 3rd day of October, 2005.

Marsha J. Pechman
U.S. District Judge

Presented by:

s/Bruce F. Miyake
BRUCE F. MIYAKE
Assistant United States Attorney

s/Via Telephonic Approval
TIMOTHY R. LOHRAFF / PETER AVENIA
Attorney for Mirza Akram

Order Continuing Trial Date/AKRAM- 2
CR04-0399MJP

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970