Judge Pechman

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR04-0399P |
| Plaintiff, | |
| v. | SCHEDULING ORDER |
| MIRZA M. AKRAM, | |
| Defendant. | |

The Court having held a scheduling conference in this case, and

IT APPEARING that Defendant, Mirza M. Akram, is charged in this case with a number of food-stamp-fraud charges and with two arson-related charges,

IT APPEARING that the Court previously issued an order severing the two sets of charges and ordering that the two sets of charges be tried separately;

IT APPEARING that the Court held a trial on the arson charges, that that trial resulted in a hung jury, and that the Court declared a mistrial on February 13, 2006;

IT APPEARING that the parties and the Court agree that the next trial in this matter should be on the food-stamp-fraud charges;

IT APPEARING that the Government has or will seek a superseding indictment adding additional charges; and

IT APPEARING that defense will require time to investigate and prepare to defend against both the current and any newly-brought food-stamp-fraud charges;

IT APPEARING that the Court, Government counsel, and defense counsel all are available and can be prepared to try the food-stamp-fraud case on May 15, 2006; and

1  IT APPEARING that defense counsel have represented that Defendant will file a
2  waiver of his right to a speedy trial waiving that right through May 15, 2006;

3  THE COURT FINDS that continuing the trial in this case until May 15, 2006, is
4  necessary in order to allow defense counsel adequate time to investigate and effectively to
5  prepare for trial;

6  THE COURT FURTHER FINDS, pursuant to 18 U.S.C. § 3161(h)(8)(A), that the
7  ends of justice served by continuing the trial in this case outweigh the interest of the public
8  and of the defendant in a more speedy trial.

9  IT IS THEREFORE ORDERED that the trial of the food-stamp-fraud charges in this
10 case shall be continued until May 15, 2006, and that the period of time from February 13,
11 2006, up to and including May 15, 2006, is excludable time under 18 U.S.C.
12 § 3161(h)(8)(A);

13 IT IS FURTHER ORDERED that the Government shall obtain a superseding
14 indictment adding any food-stamp-fraud charges that it wishes to add on or before April 15,
15 2006; and

1  IT IS FURTHER ORDERED that the deadline for filing pretrial motions in this case
2  shall be May 1, 2006, and that responses to motions shall be due May 8, 2006.
3  DONE this 7th day of April, 2006.

4

5  /S/Marsha J. Pechman
   MARSHA J. PECHMAN
6  United States District Judge

7

8  Presented by:

9

10 s/Andrew C. Friedman
   ANDREW C. FRIEDMAN
   Assistant United States Attorny
11

12

   s/Jill Otake
13 JILL OTAKE
   Assistant United States Attorney
14
   United States Attorney's Office
15 700 Stewart Street, Suite 5220
   Seattle, Washington  98101-3903
16 Telephone:   (206) 553-7970
   Fax:         (206) 553-0755
17 E-mail:      Andrew.Friedman@usdoj.gov

18

19

20 s/Peter Avenia
   PETER AVENIA
21 Counsel for Mirza M. Akram

22

23 s/Timothy Lohraff
   TIMOTHY LOHRAFF
24 Counsel for Mirza M. Akram

25 1601 5th Avenue, Suite 700
   Westlake Center Office Tower
26 Seattle, Washington  98101
   Telephone:   (206) 553-1100
27 Facsimile:   (206) 553-0120
   E-mail:      peter_avenia@fd.org
28              tim_lohraff@fd.org

CERTIFICATE OF SERVICE

I hereby certify that on April 7, 2006, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the attorney(s) of record for the defendant(s). I hereby certify that I have served the attorney(s) of record for the defendant(s) that are non CM/ECF participants via telefax.

s/Lisa Elliott
Lisa Elliott
Legal Assistant
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, Washington 98101
Phone: 206-553-2267
Fax: 206-553-0755
E-mail: Lisa.Elliott@usdoj.gov