JUDGE MARSHA J. PECHMAN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO. CR 04-399-MJP |
| Plaintiff, | ) | |
| vs. | ) | ORDER CONTINUING PRETRIAL MOTIONS DEADLINE AND TRIAL DATE |
| MIRZA AKRAM, | ) | |
| Defendant. | ) | |

THE COURT having considered the stipulation of the parties, the records and files herein, and the motion for continuance of the pretrial motions deadline and the trial date, hereby makes the following findings:

1. The Court finds that a failure to grant the continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence, within the meaning of 18 U.S.C. § 3161(h)(8)(B)(iv).

2. The Court further finds that the ends of justice will be served by ordering a continuance in this case, that a continuance is necessary to insure effective trial preparation and that these factors outweigh the best interests of the public in a more speedy trial, within the meaning of 18 U.S.C. § 3161(h)(8)(A).

[PROPOSED] ORDER ON 2nd STIPULATED
MOTION TO CONTINUE PRETRIAL MOTIONS
DUE DATE AND TRIAL DATE     - 1
(Mirza Akram; CR04-399-MJP)

**FEDERAL PUBLIC DEFENDER**
1601 Fifth Avenue, Suite 700
Seattle, Washington
(206) 553-1100

IT IS THEREFORE ORDERED that the time within which pretrial motions must be filed in this case is extended from May 1, 2006 to June 25, 2006, and the trial date in the **Food Stamp Fraud** case extended from May 15, 2006, to July 18, 2006.

IT IS FURTHER ORDERED THAT the time period between May 15, 2006, and July 18, 2006 is excludable time, pursuant to 18 U.S.C. § 3161(h)(8)(A), for the purposes of computing the time limitations imposed by the Speedy Trial Act, 18 U.S.C. §§ 3161-3174.

DONE this 9th day of May, 2006.

/S/*Marsha J. Pechman*
JUDGE MARSHA J. PECHMAN
UNITED STATES DISTRICT JUDGE

Presented by:

s/ Peter J. Avenia, WSBA # 20794
s/ Timothy R. Lohraff, WSBA # 32145
Attorneys for Defendant Mirza Akram
Federal Public Defender's Office
1601 Fifth Ave., Suite 700
Seattle, WA  98101
Phone:  206/553-1100
Fax:     206/553-0120
Peter_Avenia@fd.org
Tim_Lohraff@fd.org

s/Andrew Friedman
s/Jill Otake
Assistant U.S. Attorneys
*per telephonic authorization*

[PROPOSED] ORDER ON 2nd STIPULATED
MOTION TO CONTINUE PRETRIAL MOTIONS
DUE DATE AND TRIAL DATE    - 2
(Mirza Akram; CR04-399-MJP)

**FEDERAL PUBLIC DEFENDER**
**1601 Fifth Avenue, Suite 700**
**Seattle, Washington**
**(206) 553-1100**