|   |   |
|---|---|
|   | Judge Marsha J. Pechman |

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | NO. CR04-0399P |
| v. | ) | SCHEDULING ORDER |
| MIRZA AKRAM, | ) | |
| Defendant. | ) | |

The Court having held a scheduling conference in this case and having considered the stipulated motion of the parties to continue the trial date for the pending food stamp charges against Mirza Akram, and

IT APPEARING that Defendant, Mirza Akram, is charged in this case with a number of food-stamp-fraud charges and with two arson-related charges;

IT APPEARING that the Court previously issued an order severing the two sets of charges and ordering that the two sets of charges be tried separately;

IT APPEARING that the Court held a trial on the arson charges, that the trial resulted in a hung jury, and that the Court declared a mistrial on February 13, 2006;

IT APPEARING that the parties and the Court agree that the food stamp trial in this case will be tried on July 18, 2006, for the reasons outlined in the Order Continuing Trial;

1  IT APPEARING that, after the food stamp trial, the parties will need additional
2  time to prepare for a trial on the arson charges;

3  IT APPEARING that Defendant has waived his right to a speedy trial up to and
4  including October 30, 2006;

5  THE COURT FINDS that continuing the trial for the arson charges until
6  October 16, 2006, is necessary to allow the parties adequate time to effectively prepare
7  for the trial;

8  THE COURT FURTHER FINDS, pursuant to Title 18, United States Code,
9  Section 3161(h)(8)(A), that the ends of justice served by continuing the trial date in this
10  case outweigh the interest of the public and of Defendant in a speedier trial.

11  IT IS THEREFORE ORDERED that the trial of the arson charges in this case shall
12  be continued until October 16, 2006, and that the period of time from May 15, 2006, up
13  to and including October 16, 2006, is excludable time under Title 18, United States Code,
14  Section 3161(h)(8)(A).  Pretrial motions are due on August 31, 2006.  Responses to
15  pretrial motions are due on September 14, 2006.

16  DATED this 17th day of May, 2006.

   */S/Marsha J. Pechman*
   MARSHA J. PECHMAN
   UNITED STATES DISTRICT JUDGE

20  Presented by:

21  s/ Jill Otake
22  JILL OTAKE
   Assistant United States Attorney
   WSBA # 28298

24  s/ Timothy R. Lohraff*
   TIMOTHY R. LOHRAFF
25  Assistant Federal Public Defender
   WSBA # 16093

26  s/ Peter J. Avenia*
   PETER J. AVENIA
27  Assistant Federal Public Defender
   WSBA # 20794
   Counsel for WILLIAM COOK

28  *Signed electronically per telephone authorization.