1   Judge Pechman

2

3

4

5

6

## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
## AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | NO. CR04-0399P |
| Plaintiff, ) | |
| ) | |
| v. ) | ORDER SETTING SENTENCING |
| ) | AND CONTINUING TRIAL |
| MIRZA M. AKRAM, ) | |
| ) | |
| Defendant. ) | |
| ) | |

The Court has considered the Stipulation executed by the parties pursuant to 18 U.S.C. § 3161(h)(8)(A) concerning a continuance of the trial in this case. For the reasons set forth in that Stipulation:

THE COURT FINDS that it should set a date for sentencing defendant, Mirza Akram, on the food-stamp-charges of which he has been convicted;

THE COURT FURTHER FINDS that continuing the trial in this case is necessary to allow defense counsel adequate time to investigate and effectively to prepare for trial, including investigating additional potential witnesses, and conducting necessary factual and legal investigation relating to sentencing on the food-stamp-fraud charges;

THE COURT FURTHER FINDS, pursuant to 18 U.S.C. § 3161(h)(8)(A), that the ends of justice served by continuing the trial in this case outweigh the interest of the public and of the defendant in a more speedy trial.

IT IS THEREFORE ORDERED that sentencing on the food-stamp-fraud charges

1  shall be set at 4:00 p.m. on December 14, 2006;

2      IT IS FURTHER ORDERED that the re-trial in this case on the arson charges shall
3  be continued until February 20, 2007, and that the period of time from October 16, 2006, up
4  to and including February 28, 2007, shall be excludable time under 18
5  U.S.C.§ 3161(h)(8)(A).

6      DONE this 27th day of September, 2006.

                                            */S/Marsha J. Pechman*
                                            MARSHA J. PECHMAN
                                            United States District Judge

Presented by:

JOHN McKAY
United States Attorney


s/Andrew C. Friedman
ANDREW C. FRIEDMAN
Assistant United States Attorney


s/ Jill Otake
JILL OTAKE
Assistant United States Attorney
Washington Bar #28298

United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, Washington 98101
Telephone:   (206) 553-7970
Facsimile:    (206) 553-0755
E-mail:        Andrew.Friedman@usdoj.gov
                 Jill.Otake@usdoj.gov

```
s/Peter Avenia
PETER AVENIA
Counsel for Defendant


s/Timothy Lohraff
TIMOTHY LOHRAFF
Counsel for Defendant

Office the Federal Public Defender
Westlake Center Office Tower
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
Telephone:   (206) 553-1100
Facsimile:   (206) 553-0120
E-mail:      Peter_Avenia@fd.org
             Tim_Lohraff@fd.org
```